UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PAUL MENDOZA,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | No.  1:22-cv-00370-ADA-HBK (SS)<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT<br><br>(ECF No. 25) |

Plaintiff Peter Paul Mendoza and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on May 30, 2023.  (ECF No. 25.)  They agree that, on remand, "the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record."  (*Id.* at 1.)  The Parties further stipulate that judgment shall be entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.  (*Id.*)

///

///

///

1

Accordingly,

1. The stipulation of the parties, (ECF No. 25), is granted;

2. The matter is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);

3. Plaintiff's pending motion for summary judgment, (ECF No. 21), is terminated as moot; and

4. The Clerk of Court is directed to enter judgment in favor of Peter Paul Mendoza and against Kilolo Kijakazi, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   June 30, 2023

UNITED STATES DISTRICT JUDGE